# United States District Court
### *District of Kansas*

MILITARY RELIGIOUS FREEDOM FOUNDATION,
and SPECIALIST JEREMY HALL,
    Plaintiffs,

## SUMMONS IN A CIVIL CASE

     V.

CASE NUMBER: 08-CV-2098 JWL/DJW

UNITED STATES DEPARTMENT OF DEFENSE
SECRETARY ROBERT GATES, and MAJOR
FREDDY J. WELBORN,
    Defendants.

   TO: (Name and address of defendant)
Major Freddy J. Welborn
1426 Delaware Street
Leavenworth, Kansas 66048

  YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)
Robert V. Eye, #10689
IRIGONEGARAY & ASSOCIATES
1535 S.W. 29th Street
Topeka, Kansas 66611-1901
(785) 267-6115
(785) 267-9458 FAX

60

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Ingrid A. Campbell, Acting Clerk

259 Robert J. Dole Courthouse

500 State Avenue

Kansas City, KS 66101-2480

CLERK

*March 5, 2008*
DATE

*Tami Jo Anthony*
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 03/29/2008 |
|---|---|
| NAME OF SERVER *(PRINT)* GREG C. HALFORD | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

| | |
|---|---|
| ☒ | Served personally upon the defendant. Place where served: MAJOR FRED WELBORN 1200 S. 11th St Leavenworth, KANSAS at 7:38 pm 03/29/2008 |
| ☐ | Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____ |
| ☐ | Returned unexecuted: _____ |
| ☐ | Other (specify): _____ |

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __4/1/08__
Date

_Greg C. Halford_
Signature of Server

PIS. INC. 3601 SW 29th St.
Address of Server
Topeka, KS 66614

Kennell D. McLeod
Notary Public
State of Kansas
My Appt. Expires 3/22/09

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.