AO 440 (Rev.8/01) Summons in a Civil Action

# United States District Court
## District of Kansas

MILITARY RELIGIOUS FREEDOM FOUNDATION,
and SPECIALIST JEREMY HALL,
        Plaintiffs,

V.

UNITED STATES DEPARTMENT OF DEFENSE
SECRETARY ROBERT GATES, and MAJOR
FREDDY J. WELBORN,
        Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 08-CV-2098 JWL/DJW

TO: (Name and address of defendant)
United States Department of Defense
Secretary Robert Gates
1000 Defense Pentagon
Washington, DC 20301-1000

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert V. Eye, #10689
IRIGONEGARAY & ASSOCIATES
1535 S.W. 29th Street
Topeka, Kansas 66611-1901
(785) 267-6115
(785) 267-9458 FAX

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Ingrid A. Campbell, Acting Clerk
259 Robert J. Dole Courthouse
500 State Avenue
Kansas City, KS 66101-2480

CLERK

(BY) DEPUTY CLERK

DATE  March 5, 2008

AO 440 (Rev. 8/01) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 4/04/08 |
| NAME OF SERVER (PRINT) Myrna S. Watson | TITLE Legal Secretary |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified mail, return receipt requested on an unspecified date by one of his agents

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/04/08
Date

Myrna S. Watson
Signature of Server

1535 S.W. 29th, Topeka, KS 66611
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

- Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse
  so that we can return the card to you.
- Attach this card to the back of the mailpiece,
  or on the front if space permits.

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

1. Article Addressed to:

United States Department of
Defense Secretary
Robert Gates
1000 Defense Pentagon
Washington, DC
20301-1000

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   2004 1160 0006 7820 1813

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540