## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| **SPECIALIST JEREMY HALL, <u>et al.</u>,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 08-2098-JWL-DJW |
| | ) |
| **MAJOR FREDDY J. WELBORN, <u>et al.</u>,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

### CLERK'S ORDER EXTENDING TIME TO ANSWER

Defendants Robert Gates and Freddy J. Welborn, in their official capacities, by and through their counsel, Eric B. Beckenhauer, Trial Attorney, United States Department of Justice, have requested a ten-day extension of time to answer or otherwise respond to Plaintiffs' complaint pursuant to D. Kan. Rule 77.2(a)(2).

The clerk, being advised that the date when the responsive pleading is originally due is May 12, 2008, that the date to which the time for the act is to be extended is May 27, 2008, and that the time originally prescribed has not expired, hereby grants Defendants' request for an extension of time to answer or otherwise respond to May 27, 2008.

IT IS SO ORDERED THIS 9th DAY OF MAY, 2008, at Kansas City, Kansas.

                                                                                        s/K. O'Keefe - Deputy Clerk
                                                                                       CLERK OF THE DISTRICT COURT

Prepared by:

GREGORY G. KATSAS
Acting Assistant Attorney General

ERIC MELGREN
United States Attorney

VINCENT M. GARVEY
Deputy Director, Federal Programs Branch

 /s/ *Eric B. Beckenhauer*
ERIC B. BECKENHAUER, Cal. Bar No. 237526
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC  20530
Telephone: (202) 514-3338
Facsimile: (202) 616-8470
E-mail: eric.beckenhauer@usdoj.gov

ELECTRONICALLY FILED