AO 440 (Rev.8/01) Summons in a Civil Action

# United States District Court
## *District of Kansas*

SPECIALIST JEREMY HALL,
and MILITARY RELIGIOUS FREEDOM
FOUNDATION,
        Plaintiffs,

V.

MAJOR FREDDY J. WELBORN, and
UNITED STATES DEPARTMENT OF DEFENSE
SECRETARY ROBERT GATES,
        Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 08-2098-JWL-DJW

TO: (Name and address of defendant)
Eric F. Melgren
UNITED STATES ATTORNEY
444 S.E. Quincy
Topeka, Kansas 66683

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert V. Eye
IRIGONEGARAY & ASSOCIATES
1535 S.W. 29th Street
Topeka, Kansas 66611-1901
(785) 267-6115

an answer to the complaint which is served on you with this summons, within ___60___ (20̶) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Timothy M. O'Brien, Clerk of Court
259 Robert J. Dole Courthouse
500 State Avenue
Kansas City, KS 66101-2480

May 6, 2008
DATE

CLERK

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons In a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE | 5/9/08 |
| NAME OF SERVER (PRINT) Carolyn D. Smith | TITLE | File Clerk |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served to Jackie Kiveton in the US attorney office.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  05/09/08
                    Date

Carolyn D Smith
Signature of Server

1535 SW 29th St.
Address of Server

Topeka, KS. 66611

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.