## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| SPECIALIST JEREMY HALL, <u>et al.</u>, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) | Case No. 08-2098-JWL-DJW |
| MAJOR FREDDY J. WELBORN, <u>et al.</u>, | ) ) |
| Defendants. | ) ) ) |

### DEFENDANTS' MOTION TO DISMISS

Defendants Robert Gates and Freddy J. Welborn, in their official capacities, by and through undersigned counsel, hereby move to dismiss this action pursuant to Federal Rule of Civil Procedure 12(b)(1). Dismissal is appropriate under Rule 12(b)(1) because Plaintiffs lack standing, have failed to exhaust intramilitary remedies, and assert claims that are nonjusticiable. The grounds for this motion are set forth at length in the attached memorandum of law.

Dated: July 8, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

ERIC MELGREN
United States Attorney

VINCENT M. GARVEY
Deputy Director, Federal Programs Branch

 /s/ *Eric B. Beckenhauer*
ERIC B. BECKENHAUER
Cal. Bar No. 237526
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch

20 Massachusetts Ave. N.W.
Washington, D.C. 20530
Telephone: (202) 514-3338
Facsimile: (202) 616-8470
E-mail: eric.beckenhauer@usdoj.gov

*Counsel for the United States of America*

ELECTRONICALLY FILED

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2008, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Elizabeth R. Herbert, erh@irigonegaray.com,
Pedro L. Irigonegaray, pli@plilaw.com, and
Robert V. Eye, bob@plilaw.com,
*Counsel for the Plaintiffs*.

    /s/ *Eric B. Beckenhauer*
ERIC B. BECKENHAUER
Cal. Bar No. 237526
Trial Attorney
U.S. Department of Justice