IRIGONEGARAY & ASSOCIATES
1535 S.W. 29th Street
Topeka, Kansas 66611-1901
(785) 267-6115
(785) 267-9458 FAX

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **SPECIALIST JEREMY HALL**, and **MILITARY RELIGIOUS FREEDOM FOUNDATION**, <br><br> Plaintiffs, <br><br> vs. <br><br> **MAJOR FREDDY J. WELBORN**, and **UNITED STATES DEPARTMENT OF DEFENSE SECRETARY ROBERT GATES**, <br><br> Defendants. | Case No. 08-2098 |

## PLAINTIFFS' UNOPPOSED MOTION FOR ADDITIONAL TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

The plaintiffs hereby respectfully move this Court for an order allowing additional time until September 15, 2008, to respond to Defendants' Motion to Dismiss. In support of this motion, the following is stated:

1. The subject response is due on July 31, 2008.

2. Defendants' counsel has been consulted about this motion and is not opposed to it.

3. The motion to dismiss is voluminous and includes several hundred pages of supporting exhibits. Additional time is needed to fully consider defendants' motion.

WHEREFORE, plaintiffs respectfully seek additional time until September 15, 2008, to respond to Defendants' Motion to Dismiss.

>Respectfully submitted,
>
>IRIGONEGARAY & ASSOCIATES
>1535 S.W. 29th Street
>Topeka, Kansas 66611-1901
>(785) 267-6115
>
>By:  /s/Robert V. Eye, #10689
>     Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2008, I electronically filed Plaintiffs' Unopposed Motion for Additional Time to Respond to Defendants' Motion to Dismiss with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following: eric.beckenhauer@usdoj.gov, pli@plilaw.com, bob@plilaw.com, erh@irigonegaray.com, and myrna@plilaw.com.  I further certify that I mailed the aforesaid document and notice of electronic filing by first class mail to the following non-CM/ECF participants:  No one.

>/s/Robert V. Eye, #10689