IRIGONEGARAY & ASSOCIATES
1535 S.W. 29th Street
Topeka, Kansas 66611-1901
(785) 267-6115
(785) 267-9458 FAX

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **SPECIALIST JEREMY HALL**, and **MILITARY RELIGIOUS FREEDOM FOUNDATION**, <br><br> Plaintiffs, <br><br> vs. <br><br> **MAJOR FREDDY J. WELBORN**, and **UNITED STATES DEPARTMENT OF DEFENSE SECRETARY ROBERT GATES**, <br><br> Defendants. | Case No. 08-2098 |

**PLAINTIFFS' UNOPPOSED MOTION FOR ADDITIONAL TIME
TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Plaintiffs hereby moves this Honorable Court for an Order allowing them an additional thirty (30) days to respond to Defendant's Motion to Dismiss. In support of this motion, the following is stated:

1. The plaintiffs' response to the Defendants' Motion to Dismiss is currently due September 15, 2008.

2. Additional time is required due to the extensive number of issued raised by defendants and the significant documentary evidence offered in support thereof.

3. Counsel for defendants has been consulted and does not oppose this motion.

WHEREFORE, plaintiffs respectfully seek additional time until October 15, 2008, to respond to Defendants' Motion to Dismiss.

>Respectfully submitted,
>
>IRIGONEGARAY & ASSOCIATES
>1535 S.W. 29th Street
>Topeka, Kansas 66611-1901
>(785) 267-6115
>
>By: /s/Robert V. Eye, #10689
>    Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2008, I electronically filed Plaintiffs' Unopposed Motion for Additional Time to Respond to Defendants' Motion to Dismiss with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following: eric.beckenhauer@usdoj.gov, pli@plilaw.com, bob@plilaw.com, erh@irigonegaray.com, and myrna@plilaw.com.  I further certify that I mailed the aforesaid document and notice of electronic filing by first class mail to the following non-CM/ECF participants:  No one.

>/s/Robert V. Eye, #10689