IRIGONEGARAY & ASSOCIATES
1535 S.W. 29th Street
Topeka, Kansas 66611-1901
(785) 267-6115
(785) 267-9458 FAX

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **SPECIALIST JEREMY HALL**, and **MILITARY RELIGIOUS FREEDOM FOUNDATION**, <br><br> Plaintiffs, <br><br> vs. <br><br> **MAJOR FREDDY J. WELBORN**, and **UNITED STATES DEPARTMENT OF DEFENSE SECRETARY ROBERT GATES**, <br><br> Defendants. | Case No. 08-2098 |

## NOTICE OF VOLUNTARY DISMISSAL

Come now plaintiffs, by and through counsel, and hereby give notice of dismissal of this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

>
> Respectfully submitted,
>
> IRIGONEGARAY & ASSOCIATES
> 1535 S.W. 29th Street
> Topeka, Kansas 66611-1901
> (785) 267-6115
>
> By: /s/Robert V. Eye, #10689
> Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

     I hereby certify that on October 10, 2008, I electronically filed the Notice of Voluntary Dismissal with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following: marietta.parker@usdoj.gov, eric.beckenhauer@usdoj.gov, pli@plilaw.com, bob@plilaw.com, erh@irigonegaray.com, and myrna@plilaw.com.  I further certify that I mailed the aforesaid document and notice of electronic filing by first class mail to the following non-CM/ECF participants:  No one.

                                        /s/Robert V. Eye, #10689